

FILED
OCT 1 0 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE B. a minor, by and through her guardian ad litem, TAMARA B., <br><br>Plaintiff, <br><br>v. <br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, <br><br>Defendant. | No. C05-4749 MJJ <br><br>**ORDER FOR LODGEMENT OF ADMINISTRATIVE RECORD** |

Pending before the Court are Plaintiff Stephanie B.'s Motion for Summary Judgment and Defendant San Ramon Valley Unified School District's ("District") Motion for Summary Judgment. The Individuals with Disabilities Education Act ("IDEA") requires that this Court have an opportunity to review the Administrative Record ("AR") when reviewing a disputed administrative decision. *See Capistrano v. Wartenberg*, 59 F.2d 884, 892 (9th Cir. 1995) (holding that the standard of review under the IDEA requires a district court to: (1) receive additional evidence from the parties if offered; (2) afford weigh to the hearing officer's findings, and give those findings substantial weight where they are thorough; and (3) make its own independent judgment that a preponderance of evidence supports the hearing officer's findings and conclusions). Moreover, this Court notes that in their respective Motions for Summary Judgments, the parties rely heavily on the AR in arguing whether the District's individualized education program ("IEP") constituted a free and appropriate



public education ("FAPE"), and whether the services the District offered Plaintiff for the 2004-2005 school year are the appropriate "stay put" services. The parties provide competing accounts of the AR, dispute the testimony of various individuals, and disagree as to the thoroughness of the hearing officer's review and ultimate determination. Accordingly, this Court finds that the AR is necessary to resolve this matter, and **ORDERS** Plaintiff to lodge the AR with this Court within fourteen days of the filing date of this Order.

**IT IS SO ORDERED.**

Dated: October 10, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE