TAMARA L. LOUGHREY
Attorney At Law, Bar No. 227001
21 'C' Orinda Way, #341
Orinda, CA 94563
925/253-7300 (office)
925/639-1904 (mobile)
925/253-7305 (fax)
tamaraloughrey@spedattorneys.com

Attorney for Plaintiff, S.B.

THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.B., a minor, by and through TAMARA B., Her Guardian Ad Litem., <br><br> Plaintiff, <br><br> v. <br><br> SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT <br><br> Defendants. | Case No. 3:05-cv-04749-MJJ <br><br> **NOTICE OF VOLUNTARY DISMISSAL (F.R.C.P. 41)** <br><br> AND ORDER |

TO THE COURT:

    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the confidential settlement agreement between the parties in the above referenced action, Plaintiff and Defendant hereby voluntarily stipulate to Plaintiff's dismissal of all claims with prejudice against Defendant, San Ramon Valley Unified School District.

**IT IS SO STIPULATED:**

Dated: January 21, 2007                       _____/S/ Tamara Loughrey
                                                                     TAMARA L. LOUGHREY
                                                                     Attorney for Plaintiff, S.B.

Dated: January 23, 2007         /S/Matt Juhl-Darlington
Matt Juhl-Darlington
Miller, Brown and Dannis
Attorney for San Ramon Valley
Unified School District

The Court having read the parties stipulation in agreement to dismiss Plaintiff's pending action with prejudice and finding good cause therefore, hereby orders the case dismissed with prejudice.

**IT IS SO ORDERED:**

Dated: 1/24/2007
_____
Hon. Martin J. Jenkins
U.S. District Court Judge for
the Northern District of California

---

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL        Case No. 3:05-cv-04749-MJJ